```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYED TANWER AHMAD,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director, United States Citizenship & Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations,<br><br>Defendants. | No. C 06-6249 EMC<br><br>**STIPULATION TO DISMISS AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 06-6249 EMC

| | |
|---|---|
| Date: December 14, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants<br><br>/s/ |
| Date: December 13, 2006 | LAMAR PECKHAM<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 18, 2006

_____
EDWARD
United States

*IT IS SO ORDERED*
Judge Edward M. Chen

Stipulation to Dismiss
C 06-6249 EMC